## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GREGORY FINLEY, ) | |
| ) | Civil Action |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:15-cv-04465 |
| ) | |
| MCGRANE, PEROZZI, STELTER, ) | |
| GERARDI, BRAUER & ROSS, LTD., ) | Magistrate: Honorable Judge Sidney I. Schenkier |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION AND MUTUAL RELEASE

THE PARTIES having entered into settlement discussions and advise the Court that they have an agreement to a final settlement of the pending complaint herein, with no counter-complaint having been asserted or contemplated by Defendant and the parties agree and stipulate:

1. Defendant does not admit to any liability as a result of Plaintiff's allegations but enters into a settlement in order to minimize any further attorneys' fees and costs related to this action by payment to Plaintiff the sum of Five-Thousand Dollars ($5,000.00); and

2. In return for the above stated consideration, both parties hereby forever release and discharge the other party, its agents, members and successors from any and all direct and indirect liability for the transactions and events identified by the parties' in their pleadings herein and from any transaction or event occuring from the beginning of time to the date of dismissal of this cause and that in executing this Release, both parties so acknowledge their agreement to this Release and the terms of settlement stated above.

3. That having stipulated to the above terms and conditions, the parties move this Court to enter an Order of Dismissal of the Complaint herein.

So Agreed and Stipulated:

_____
Gregory Finley - Plaintiff

_____
Agent
McGrane, Perozzi, Stelter, Gerardi, Brauer
& Ross, LTD. - Defendant

1